**Francis T. Barnwell, OSB No. 841623**
fbarnwell@bullardlaw.com
**Megan J. Crowhurst, OSB No. 132311**
mcrowhurst@bullardlaw.com
Bullard Law
200 SW Market Street, Suite 1900
Portland, OR 97201
503-248-1134/Telephone
503-224-8851/Facsimile

Attorneys for Defendant Fred Meyer Jewelers, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

MICHELE CONRAD,                          Case No. _____

          Plaintiff,

    v.                                   **DEFENDANT FRED MEYER JEWELERS, INC.'S NOTICE OF REMOVAL**

FRED MEYER JEWELERS, INC.,

          Defendant.


Pursuant to 28 USC §1441(a), Defendant Fred Meyer Jewelers, Inc.

("Defendant") submits this Notice of Removal and states:

### PROCEDURAL HISTORY

1.      On June 1, 2017, Plaintiff Michele Conrad filed her original

Complaint in the Oregon Circuit Court for Multnomah County entitled *Michele Condrad*

*v. Fred Meyer Jewelers, Inc.*, Case No. 17CV22323.  (Crowhurst Decl., ¶ 2, Ex. A.)  On


Page 1    DEFENDANT FRED MEYER JEWELERS, INC.'S NOTICE OF REMOVAL

June 23, 2017, Plaintiff served the Summons and Complaint on Defendant. (Crowhurst Decl., ¶ 2, Ex. A-C).

2.      No further proceedings have taken place in the Oregon Circuit Court for Multnomah County. (Crowhurst Decl., ¶ 3.)

## STANDARD

3.      "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. §1441(a).

4.      To remove a case from state court to federal court, a defendant must file a notice of removal "containing a short and plain statement of the grounds for removal." 28 U.S.C. §1446(a); *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 551, 190 L. Ed. 2d 495 (2014).

## FEDERAL QUESTION JURISDICTION

5.      Federal district courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

6.      Pursuant to 28 U.S.C .§ 1367, "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy . . ."

7.      Plaintiff's First Claim for Relief alleges a cause of action under the federal Fair Labor Standards Act, 29 U.S.C. § 207.

8.      Therefore, this Court has original jurisdiction on the basis of federal

Page 2    DEFENDANT FRED MEYER JEWELERS, INC.'S NOTICE OF REMOVAL

question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 185 and supplemental

jurisdiction over any state law claims under 28 U.S.C. § 1367.  Accordingly, this action is

removable under 28 U.S.C. § 1441.

## VENUE

9.      Plaintiff originally filed this action in the Oregon Circuit Court for

Multnomah County.

10.     Pursuant to 28 U.S.C. § 1441(a), venue is proper in this district and

this division, because it encompasses the county in which this action has been pending.

## CONCLUSION

WHEREFORE, Defendant Fred Meyer Jewelers, Inc. respectfully requests

that this action be removed to this Court in its entirety.

DATED:  July 21, 2017.

BULLARD LAW

By s/ Megan J. Crowhurst
    Francis T. Barnwell, OSB No. 841623
    fbarnwell@bullardlaw.com
    Megan J. Crowhurst, OSB No. 132311
    mcrowhurst@bullardlaw.com
    503-248-1134/Telephone
    503-224-8851/Facsimile
    Attorneys for Defendant
    Fred Meyer Jewelers, Inc.

Page 3    DEFENDANT FRED MEYER JEWELERS, INC.'S NOTICE OF REMOVAL

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017 I served the foregoing

**DEFENDANT FRED MEYER JEWELERS, INC.'S NOTICE OF REMOVAL** on:

> Carl Post
> John Burgess
> Daniel Snyder
> Law Offices of Daniel Snyder
> 1000 SW Broadway, Suite 2400
> Portland, OR  97205

☑ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed.  It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed.  It was contained in a sealed envelope and addressed as stated above.

☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed.  It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

☐ by **faxing** a true and correct copy to the last known facsimile number of each person listed, with confirmation of delivery.  It was addressed as stated above.

☐ by **emailing** a true and correct copy to the last known email address of each person listed, with confirmation of delivery.

s/ Megan J. Crowhurst
Francis T. Barnwell, OSB No. 841623
Megan J. Crowhurst, OSB No. 132311
Attorneys for Defendant
Fred Meyer Jewelers, Inc.

Page 1    CERTIFICATE OF SERVICE

5082/6 00806986 V 1